IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA NELSON                                                              PLAINTIFF

V.                    CASE NO.: 3:17-CV-00158-JLH-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                            DEFENDANT

## ORDER

Plaintiff Donna Nelson's Motion for Leave to Proceed *In Forma Pauperis* (docket entry #1) is GRANTED. The Clerk of Court is directed to prepare a summons and forward it to Ms. Nelson's counsel for service of the Complaint upon the Defendant.

DATED this 21st day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE