IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DONNA NELSON**             **PLAINTIFF**

**V.**          **CASE NO.: 3:17-CV-00158-BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**            **DEFENDANT**

## ORDER

Pending is David Throesch's motion to withdraw as counsel for Plaintiff Donna Nelson. (Docket entry #8) For good cause shown, the motion is conditionally GRANTED.

It appears that Mr. Throesch has served the summons and complaint in this action on the Defendant, the United States Attorney, and the United States Attorney General. (#5) Mr. Throesch has provided the Court with Ms. Nelson's mailing address. (#8) He must also return the complete file to the Plaintiff, Ms. Nelson. Mr. Throesch will have twenty-one days from the entry of this Order to meet this condition. Once Mr. Throesch certifies that he has taken the required action, the Court will direct the Clerk to terminate Mr. Throesch as counsel of record for Ms. Nelson.

DATED this 16th day of August, 2017.

                                     _____
                                     UNITED STATES MAGISTRATE JUDGE