UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA NELSON                                                                PLAINTIFF

VS.                          NO.   3:17-CV-158-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                              DEFENDANT

# ORDER

The Court conditionally granted David Throesh's motion to withdraw as counsel. (Docket entry #9) Mr. Throesch has now certified to the Court that he has provided a copy of his file and a compact disk of the administrative transcript to Plaintiff Donna Nelson. (#15) Accordingly, Mr. Throesch is relieved as counsel for Ms. Nelson.

The Clerk of Court is directed to update the docket sheet to terminate Mr. Throesch as counsel of record and to reference Ms. Nelson as a pro se plaintiff, 249 Davidson Lane, Brookland, Arkansas 72417. A new scheduling order regarding the deadlines for filing Briefs will be entered by the Court.

DATED this 3rd day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE