# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DONNA NELSON**                                                                                       **PLAINTIFF**

**V.**                              **NO. 3:17-CV-158-BD**

**SOCIAL SECURITY ADMINISTRATION**                                               **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 28th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE